# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 14, 2023

*By the Court:*

|  | UNITED STATES OF AMERICA, |
|---|---|
|  | Plaintiff - Appellee |
| No. 23-1460 | v. |
|  | MARCOS MENDEZ, |
|  | Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:16-cr-00163-1 <br> Northern District of Illinois, Eastern Division <br> District Judge Mary M. Rowland ||

Upon consideration of the **GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**, filed on July 14, 2023, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED** and briefing shall proceed as follows:

1. The brief of the appellee is due by August 11, 2023.

2. The reply brief of the appellant, if any, is due by September 1, 2023.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)