# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 17, 2024

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

Re:  Marcos Mendez
 v. United States
 No. 24-302
 (Your No. 23-1460)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 9, 2024 and placed on the docket September 17, 2024 as No. 24-302.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst